UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CARLOS CAPA,

                          Plaintiff(s),

               -against-

AWESOME TRANSPORTATION, INC., CACTUS
HOLDINGS, INC. and CARLOS SMITH,

                          Defendant(s),

-----------------------------------------------------------------X

**STIPULATION OF**
**DISCONTINUANCE**

Civil Action No.:   19-cv-00485

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the

attorneys of record for the plaintiff, and the attorneys for the defendants in the above entitled

action, that whereas no party hereto is an infant or incompetent person for whom a committee

has been appointed and no person not a party has an interest in the subject matter of this action,

the above entitled action be, and the same hereby is, discontinued with prejudice without costs to

either party as against the other.

      This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, NY
       April 12, 2019

_____
MARSHALL S. BLUTH, ESQ.
Attorney for Plaintiff
589 Eighth Avenue, 21st Floor
New York, NY   10018
(212) 448-1130

_____
MILBER MAKRIS PLOUSADIS
& SEIDEN, LLP
Attorneys for Defendants
1000 Woodbury Road, Suite 402
Woodbury, New York 11797
(516) 712-4000

MMPS File No.: 10-16424